IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

IN ADMIRALTY

CASE NO. 4:21-cv-10018

IN THE MATTER OF:

THE COMPLAINT OF KEY WEST JETSKI,
INC. AS OWNER OF THE YAMAHA PERSONAL
WATERCRAFT (HULL ID# YAMA2116I920)
ITS ENGINES, TACKLE, APPURTENANCES,
EQUIPMENT, ETC. IN A CAUSE FOR EXONERATION
FROM OR LIMITATION OF LIABILITY,

    Petitioners.
_____/

# EXHIBIT "1"

Wright
75768

# NO REFUNDS
# KEY WEST JETSKI, INC.
## Bare Boat Lease Rental Contract

This is a high risk activity and can result in injury or death. This is a release of liability, Hold Harmless agreement, this Indemnifies and releases the lessor of any negligence.

**WARNING:** The charters of this equipment do not hold the Lessor responsible in any way whatsoever for any accident or incident resulting in injury or death from the use of this vessel or watersports equipment. This equipment is used at the renters / lessee's own risk.

This contract made this __28__ day of __June__, __2020__, between Key West Jetski, Inc., a Florida corporation, hereinafter called Lessor, and:

**ACKNOWLEDGMENT OF DANGER this is a High Risk activity and can result in injury or Death:** The undersigned hereby acknowledges and agrees that boats are recreational vessels and must be used with caution and care, as the water is used as a waterway for other commercial and recreational craft. The undersigned is warned to pay strict attention to instructions provided to them by the Lessor and to operate this vessel in a safe manner. Furthermore, it is recognized by both parties that in operating or riding said vessel or boat by the undersigned, **that undersigned assumes all risk which may result in injury or death.**

Name: __Melinda A. Smith__
Home Address: __415 Hillendale Park Drive__
City/State/Zip: __Lithonia GA 30058__
Driver License #: _____
Home Phone #: __678-320-7048__
Local Address: __Leo's Campground__  Phone: _____
Method of Payment: ___ Cash  ___ MC  ___ Visa  ___ Disc.
Credit Card #: _____ Exp. _____
Rental Rate: __1 Tour__ Time Out: __4__ Time In: _____

Salesperson __Nicole__  Company __Office__
Rental: $ __130.00__
Tax: $ __9.75__
Total: $ __139.75__
Deposit: $ __+ 5.00 i-p__
Test: $ _____
TOTAL DUE: $ __144.75__
Damage Amount: $ _____

**RELEASE:** The undersigned hereby releases, Indemnifies and Hold Harmless Key West Jetski, Inc., and Parrott Key Resort, HHLP KEY WEST ONE LLC, and their agents, principals, officers, employees, their heirs and successors from any and all claims, demands, damages, action, causes of action or suit of any kind or nature whatsoever, including lessor negligence or for failure to communicate all Federal and State laws governing the lease or rental of Personal Watercraft including all aspects of Rules of the Road, Navigation or operation of rented vessel or waverunner. Including going under bridges, channel markers, all environmental conditions, currents, tides, wind, rain, fog or any other vessels you may encounter. You are releasing the lessor of any negligence. The undersigned also releases the lessor from everything including slip and fall on the dock, and particularly on account of any injury including death sustained in the operation of use of the noted rental vessel. The undersigned agrees to pay all costs of any action necessary.

**LIABILITY:** The undersigned agrees to be solely responsible for any and all damage or injuries done to or by any third party and agrees to indemnify and hold harmless and release the lessor even from its own negligence, Key West Jetski, Inc., and Parrott Key Resort, HHLP, KEY WEST ONE LLC their agents, principals, officers, employees, their heirs and assigns from any and all claims including a third party, but not limited to the costs of any necessary legal actions and attorney fees.

Lessee agrees to Indemnify, hold harmless and release Lessor and their agents for any and damages or injuries which he or she may sustain even by a third party incident or from lessor negligence, from the operation or use of the rental vessel leased here under or caused by Lessee to others. **Leasee agrees to indemnify and save Lessor harmless against any and all claims and liability of whatsoever kind or nature not otherwise covered herein, including negligence.** Lessee agrees to pay all costs and expenses including attorney's fees incurred in connection there with relating to or arising from the possession, use, maintenance, condition or operation of the rental vessel.

**PAYMENT / DAMAGE:** Renter is responsible for all charges. **Renter consents to the reservation of credit for estimated charges due and as a security deposit against any possible damages and authorizes Key West Jetski, Inc. to process all charges due on renter's credit card.** The undersigned hereby agrees to be responsible for all damage done to the personal watercraft and anything it hits and agrees to pay Key West Jetski, Inc. in for the value of said vessel in the event the vessel is lost, destroyed, stolen, or if damaged to pay the full cost of repair.

**LEASE AGREEMENT:** I hereby acknowledge receipt from Key West Jetski, Inc. of the equipment or articles. This personal property is leased to me by Key West Jetski, Inc., and I will use it for the stated period and only for the purpose for which said equipment was manufactured and intended. I agree that upon termination of the lease I **will** return the chartered equipment in the same condition it was received and **agree to pay any** damages caused **to equipment.**

**SAFETY RULES:** Failure to abide by these rules could result in loss of monies and deposit and possibly injury or death. (1) You must be at least legal age to rent or operate a vessel-boat. (2) Do not use alcohol before or during operation of personal vessel. (3) All riders must wear a properly fitted, USCG-approved life jacket. (4) Securely attach engine stop lanyard (kill switch) to your wrist or life jacket. Keep attached at all times. **(5) Boats do not**

**RELEASE:** The undersigned hereby releases HHLP, KEY WEST ONE LLC and their agents, principals, officers, employees, their heirs and successors from any and all claims, demands, damages, action, causes of action or suit of any kind or nature whatsoever, including lessor negligence or for failure to comply with all federal and state laws governing the lease or rental of Personal Watercraft including all aspects of Rules of the Road, Navigation or operation of rented vessel or waverunner. Including going under bridges, channel markers, all environmental conditions, currents, tides, wind, rain, fog or any other vessels you may encounter. You are releasing the lessor of any negligence. The undersigned also releases the lessor from everything including slip and fall on the dock, and particularly on account of any injury including death sustained in the operation of use of the noted rental vessel. The undersigned agrees to pay all costs of any action necessary.

**LIABILITY:** The undersigned agrees to be solely responsible for any and all damage or injuries done to or by any third party and agrees to indemnify and hold harmless and release the lessor even from its own negligence, **Key West Jetski, Inc.**, and Parrott Key Resort, HHLP, KEY WEST ONE LLC their agents, principals, officers, employees, their heirs and assigns from any and all claims including a third party, but not limited to the costs of any necessary legal actions and attorney fees.

Lessee agrees to Indemnify, hold harmless and release Lessor and their agents for any and damages or injuries which he or she may sustain even by a third party incident or from lessor negligence, from the operation or use of the rental vessel leased here under or caused by Lessee to others. **Leasee agrees to indemnify and save Lessor harmless against any and all claims and liability of whatsoever kind or nature not otherwise covered herein, including negligence. Lessee agrees to pay** all costs and expenses including attorney's fees incurred in connection there with relating to or arising from the possession, use, maintenance, condition or operation of the rental vessel.

**PAYMENT / DAMAGE:** Renter is responsible for all charges. **Renter consents to the reservation of credit for estimated charges due and as a security deposit against any possible damages and authorizes Key West Jetski, Inc. to process all charges due** on renter's credit card. The undersigned hereby agrees to be responsible for all damage done to the personal watercraft and anything it hits and agrees to pay Key West Jetski, Inc. in for the value of said vessel in the event the vessel is lost, destroyed, stolen, or if damaged to pay the full cost of repair.

**LEASE AGREEMENT:** I hereby acknowledge receipt from Key West Jetski, Inc. of the equipment or articles. This personal property is leased to me by Key West Jetski, Inc., and I will use it for the stated period and only for the purpose for which said equipment was manufactured and intended. I agree that upon termination of the lease I will return the chartered equipment in the same condition it was received and agree to pay any damages caused **to equipment.**

**SAFETY RULES:** Failure to abide by these rules could result in loss of monies and deposit and possibly injury or death. (1) You must be at least legal age to rent or operate a vessel-boat. (2) Do not use alcohol before or during operation of personal vessel. (3) All riders must wear a properly fitted, USCG-approved life jacket. (4) Securely attach engine stop lanyard (kill switch) to your wrist or life jacket. Keep attached at all times. **(5) Boats do not have brakes!** Always operate at a safe speed and be prepared to stop or alter course in emergencies. Allow yourself ample stopping space. (6) Know right-of-way rules. Generally, keep to your right and safely avoid other craft. To avoid collision, you must stay at least 300 feet away from other jet skis, boats, swimmers, docks, or other obstacles. (7) Never ride side by side or follow a personal water craft directly in front of you. (8) Look in all directions constantly for other boats, skiers, divers and swimmers, and other personal watercraft. Stay alert! (9) Avoid wake jumping and passing close to any other boats. (10) Personal watercraft temporarily lose steering when throttle is not applied.(11) Any unsafe riding practices will terminate your ride immediately! As a result of this, no refund of rental monies will be made. (13) It is always the "show-off" who gets into trouble. **Therefore, do not be a show-off.**

**WAVIER:** I have read the terms and conditions of this lease-rental contract and agree thereto.

* Customer is liable for all Marine and Coast Guard violations. Operators are warned to pay strict attention to instructions and operate equipment in a safe manner. Passengers are advised to avoid distracting the attention of the operator while vehicle is in motion. It must be recognized that in operating or riding on any type vessel they are assuming the risk which may result in injury.

| Agent of Lessor, Key West Jetski, Inc. | Lessee |
|---|---|
| Lessee | Lessee |
| Lessee | Lessee |

**NO REFUNDS • Minimum $50.00 Rescue Fee**