IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

IN ADMIRALTY

CASE NO. 4:21-cv-10018

IN THE MATTER OF:

THE COMPLAINT OF KEY WEST JETSKI,
INC. AS OWNER OF THE YAMAHA PERSONAL
WATERCRAFT (HULL ID# YAMA2116I920)
ITS ENGINES, TACKLE, APPURTENANCES,
EQUIPMENT, ETC. IN A CAUSE FOR EXONERATION
FROM OR LIMITATION OF LIABILITY,

    Petitioners.
_____/

# EXHIBIT "2"

# PWC Renter Orientation Checklist

## Protective Clothing/Equipment for Operators and Passengers

| Renter Initials | | Wear PFD and Other Protective Clothing/Equipment |
|---|---|---|
| *[initialed]* | | • You must wear an appropriate personal flotation device (PFD) at all times.<br>• Wear a wet-suit (or wet suit bottom) while operating the PWC. Normal swimwear does not adequately protect against forceful water entry into rectum or vagina. Severe internal injuries can occur if water is forced into body cavities as a result of falling into water or being near jet thrust nozzle.<br>• Additional protective equipment (such as footwear, eyewear) may be needed. |

## PWC Controls

| Renter Initials | | Keep Lanyard Attached |
|---|---|---|
| *[initialed]* | | • Securely attach engine shut-off cord (lanyard) to your wrist or PFD (as directed) and wear it at all times. Then, if you fall off the PWC, the engine will stop |

| Renter Initials | | Know How to Start and Stop the Engine |
|---|---|---|
| *[initialed]* | | • To start the engine, be sure that the lanyard is attached and push the start button.<br>• To stop the engine, push the stop button. Stopping the engine will not stop the forward motion of the PWC and will result in loss of steering. |

| Renter Initials | | Know Operational Controls |
|---|---|---|
| *[initialed]* | | • The throttle controls your speed. Apply the throttle lever on the handle to accelerate and release it to slow down.<br>• The handlebars move the jet thrust nozzle directing thrust in different directions to steer the PWC. Without thrust, you cannot steer the PWC. |

## Avoid Collisions—Most PWC Injuries and Deaths Result from Collisions

| Renter Initials | | Do Not Release Throttle when Trying to Steer |
|---|---|---|
| *[initialed]* | | • You need throttle to steer.<br>**Take Early Action to Avoid Collisions**<br>• Remember, PWCs and other boats do not have brakes. |

| Renter Initials | | Scan Constantly |
|---|---|---|
| *[initialed]* | | • Scan constantly for people, objects and other watercraft.<br>• Be alert for conditions that limit your visibility or block your vision of others. |

| Renter Initials | | Operate Defensively |
|---|---|---|
| *[initialed]* | | • Operate at safe speeds.<br>• Keep a safe distance away from people, objects and other boats (including PWCs).<br>• Do not follow directly behind PWCs or other boats.<br>• Do not go near others to spray or splash them with water.<br>• Avoid sharp turns and other maneuvers that make it difficult for others to avoid colliding with you or that make it difficult for others to understand where you |

## Other Hazards

| Renter Initials | | Avoid Aggressive Maneuvers |
|---|---|---|
| *[initialed]* | | • This is a high-performance boat—it is not a toy.<br>• Ride within your limits and avoid aggressive maneuvers to reduce the risk of loss of control, ejection, and collision.<br>• Sharp turns or jumping wakes or waves can increase the risk of back/spinal injury (paralysis), facial injuries, and broken legs, ankles or other bones<br>• Do not jump wakes or waves. |

| Renter Initials | | Keep Away from Intake Grate |
|---|---|---|
| *[initialed]* | | • Items such as long hair, loose clothing, or PFD straps can become entangled in moving parts resulting in severe injury or drowning. |

| Renter Initials | | Do Not Apply Throttle when Anyone is at the Rear of the PWC |
|---|---|---|
| *[initialed]* | | • Do not apply the throttle when anyone is standing or swimming toward the rear of the PWC. Water and/or debris exiting jet thrust nozzle can cause serious injury. |

| Renter Initials | | Know How to Right the PWC in Open Water |
|---|---|---|
| *[initialed]* | | • If you capsize in open water, swim to the rear of the PWC and turn it upright—be sure to turn it in the proper direction. Then, board from the rear. |

## Other Rules and Safety Information that May Apply to Your Situation

| Renter Initials | | Follow Rental Agency Rules and Boating Laws |
|---|---|---|
| *[initialed]* | | • Review all rental agency rules and applicable boating laws.<br>• Do not overload PWC. Do not tow unless the PWC is designed and equipped for towing. Know and follow all State requirements related to towing. |

| Renter Initials | | Know the Waters |
|---|---|---|
| *[initialed]* | | • Know the area in which you will be operating and observe all navigational markers and signs. |

| Renter Initials | | Follow the Additional PWC Warnings and Instructions that May Apply |
|---|---|---|
| *[initialed]* | | • Depending on the circumstances, the Owner's Manual and product labels may have relevant information not covered in this basic orientation. |

## Final Check

| Renter Initials | READY AND ? | • Do you understand that you should scan constantly, operate defensively and avoid aggressive maneuvers?<br>• Do you understand that PWCs do not have brakes? |
|---|---|---|
| *[initialed]* | | |

Renters' Initials: _____ WW

Renters' Initials: _____ WW

Renters' Initials: _____ WW

Renters' Initials: _____ WW

Renters' Initials: _____ WW

Renters' Initials: _____ WW

Renters' Initials: _____ WW

Renters' Initials: _____ WW

| Renter Initials | | Avoid Aggressive Maneuvers |
|---|---|---|
| | | Ride within your limits and avoid aggressive maneuvers to reduce the risk of loss of control, ejection, and collision.<br>• Sharp turns or jumping wakes or waves can increase the risk of back/spinal injury (paralysis), facial injuries, and broken legs, ankles or other bones<br>• Do not jump wakes or waves. |
| Renter Initials | Jet Thrust Nozzle / Intake Grate | **Keep Away from Intake Grate**<br>• Items such as long hair, loose clothing, or PFD straps can become entangled in moving parts resulting in severe injury or drowning. |
| Renter Initials | | **Do Not Apply Throttle when Anyone is at the Rear of the PWC**<br>• Do not apply the throttle when anyone is standing or swimming toward the rear of the PWC. Water and/or debris exiting jet thrust nozzle can cause serious injury. |
| Renter Initials | | **Know How to Right the PWC in Open Water**<br>• If you capsize in open water, swim to the rear of the PWC and turn it upright— be sure to turn it in the proper direction. Then, board from the rear. |

**Other Rules and Safety Information that May Apply to Your Situation**

| Renter Initials | Rental Agency Rules / Boating Laws | **Follow Rental Agency Rules and Boating Laws**<br>• Review all rental agency rules and applicable boating laws.<br>• Do not overload PWC. Do not tow unless the PWC is designed and equipped for towing. Know and follow all State requirements related to towing. |
|---|---|---|
| Renter Initials | | **Know the Waters**<br>• Know the area in which you will be operating and observe all navigational markers and signs. |
| Renter Initials | | **Follow the Additional PWC Warnings and Instructions that May Apply**<br>• Depending on the circumstances, the Owner's Manual and product labels may have relevant information not covered in this basic orientation. |

**Final Check**

| Renter Initials | READY AND ABLE ? | • Do you understand that you should scan constantly, operate defensively and avoid aggressive maneuvers?<br>• Do you understand that PWCs do not have brakes?<br>• Do you understand that you should not release the throttle when you are trying to steer away from people, objects and other boats (including PWCs)?<br>• Do you have any questions about the PWC or its operation? |
|---|---|---|

I have been instructed on and understand the rules and information provided in this orientation.

Signatures of PWC Renters: _____SS_____    6/28/20
Signature of PWC Rental Agency Employee    Date

1. Lessee Signature ___[signature]___    Print Name: _____

2. Lessee Signature ___[signature]___    Print Name: _____

3. Lessee Signature _____    Print Name: _____

4. Lessee Signature _____    Print Name: _____

5. Lessee Signature _____    Print Name: _____