IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

IN ADMIRALTY

CASE NO. 4:21-cv-10018

IN THE MATTER OF:

THE COMPLAINT OF KEY WEST JETSKI,
INC. AS OWNER OF THE YAMAHA PERSONAL
WATERCRAFT (HULL ID# YAMA2116I920)
ITS ENGINES, TACKLE, APPURTENANCES,
EQUIPMENT, ETC. IN A CAUSE FOR EXONERATION
FROM OR LIMITATION OF LIABILITY,

    Petitioners.
_____/

# EXHIBIT "5"

# FLORIDA FISH AND WILDLIFE CONSERVATION COMMISSION

## Individual Incident Listing

Report Date: 08/27/2020

| | | |
|---|---|---|
| Date Range | : | 6/28/2020 |
| Selection Criteria | : | Case Number = FWSA20OFF008806 |

**FWSA20CAD016341**  S4B  **Complaint/Description**  **Boating Crash**

| | | | | | |
|---|---|---|---|---|---|
| Incident Number | : | FWSA20CAD016341 | Complainant | | SCOTT UNKOWN |
| Offense Number | : | **FWSA20OFF008806** | CPHONE | : | (845)206-8164 |
| Incident Date | : | 06/28/2020 | ZONE | : | MONR |
| Incident Time | : | 18:50 | TROOP | : | E |
| Operator ID | : | MSHEPHERD | CVEREG | : | J |
| Disposition Code(s) | : | SR, SR, AC | REGION | : | SB |
| Priority | : | 4 | FHP | : | 38P1 |
| Callers Name | : | SCOTT UNKOWN | RCC | : | MRCC |
| Reporting District | : | MONR | DEPREG | : | |
| Longitude | : | -81.7737 | FWC | : | W44S |
| Latitude | : | 24.5651 | DEP | : | |
| City | : | KEY WEST | | | |
| County | : | MONROE | | | |
| Location | : | 2801 N ROOSEVELT BLVD [X2[KEY COVE DR]]  x[GULFVIEW DR]   [KEY WEST] | | | |

**Subjects**

| Last Name | First Name | Middle Name | Type | DOB | Driver's License | DL State |
|---|---|---|---|---|---|---|
| Activity | | Description | | | | |
| UNKOWN | SCOTT | | COMPLAINANT | | | |
| | | | AGE | 0 | SUB_PHONE | (845)206-8164 |
| WRIGHT | WANESHA | | VICTIM | 03/03/1986 | 049285601 | GA |
| UNKNOWN | | INJURED | | | | |
| | | | AGE | 34 | SUB_PHONE | |

**Vessels**

| | | | | | |
|---|---|---|---|---|---|
| Year | : | 2020 | Vessel Name | : | VSL2 |
| Make | : | YAMAHA MOTOR CO | Vessel Owner | : | |
| Model | : | | Reg No | : | FL1211SN |
| Style | : | | HIN | : | YAMA2112I920 |
| Color | : | | | : | |
| Length | : | 11 | | | |
| Year | : | 2019 | Vessel Name | : | VSL1 |
| Make | : | YAMAHA MOTOR CO | Vessel Owner | : | |
| Model | : | | Reg No | : | FL9447RU |
| Style | : | | HIN | : | YAMA3483H819 |
| Color | : | | | : | |
| Length | : | 11 | | | |

**Notes**

| Notes | Added By | |
|---|---|---|
| 06/28/2020  18:53 | DDARNABY | OFFENSE NUMBER [FWSA20OFF008806] AUTOMATICALLY GENERATED  USING AGENCY [ FW CHOSEN BY USER |
| 06/28/2020  18:55 | DDARNABY | PARROT KEY RESORT |
| 06/28/2020  18:56 | DDARNABY | SUNSET WATER SPORTS RP WORKS FOR |
| 06/28/2020  19:00 | TEVE | CALL STATUS CHANGED FROM [BLANK] TO DELAYED. |
| 06/28/2020  19:02 | DDARNABY | X88 FOR COMPANY # 305 294 1987 |

| Date | Time | Op ID | Description |
|---|---|---|---|
| 06/28/2020 | 19:03 | DDARNABY | RP ADVD THAT THERE WAS A MALE HELPING A FEMALE WITH HER SKIS// THE WOMEN GOT H FINGER PINCHED AND FINGERNAIL CAME OFF |
| 06/28/2020 | 19:04 | DDARNABY | INDV LEFT AND TOOK SELF TO KEY WEST REGIONAL CENTER |
| 06/28/2020 | 19:04 | DDARNABY | RP ADVD WOULD LIKE TO MAKE A REPORT OF THE INCIDENT |
| 06/28/2020 | 19:04 | DDARNABY | HURT INDV LEFT THE SCENE AND IS NO PRESENT |
| 06/28/2020 | 19:05 | DDARNABY | N Z44 XX6 REF S75P |
| 06/28/2020 | 19:07 | MSHEPHERD | W9457 IS X51 |
| 06/28/2020 | 19:31 | MSHEPHERD | X97 SUNSET WATER SPORTS |
| 06/28/2020 | 19:33 | MSHEPHERD | W9347 X97 |
| 06/28/2020 | 19:33 | MSHEPHERD | IGNORE LAST NOTE |
| 06/28/2020 | 20:05 | MSHEPHERD | SLIP 22 LEOS CAMPGROIUND MEETING WITH INJ PARTY |
| 06/28/2020 | 20:53 | ACOBB | NO INJURY BEYOND FIRST AID. TWO SELF REPORTS BEING ISSUED TO BOTH PARTIES. |
| 06/28/2020 | 20:57 | ACOBB | JET SKI TOUR OPERATOR JAKE OPERATING V-1 |
| 06/28/2020 | 21:40 | MSHEPHERD | X98 AC 2 SR ISSUED (1 TO EACH) |

**Transaction Log**

| Date | Time | Pos | Op ID | Trans | Unit | DESCRIPT |
|---|---|---|---|---|---|---|
| 06/28/2020 | 19:06 | FWSA | MSHEPHERD | 10-51 | W9457 | ENROUTE |
| 06/28/2020 | 19:31 | FWSA | MSHEPHERD | 10-97 | W9457 | REPORTING |
| 06/28/2020 | 19:31 | FWSA | MSHEPHERD | 10-97 | W9457 | ONSCENE |
| 06/28/2020 | 21:40 | | MSHEPHERD | | | CLOSED |
| 06/28/2020 | 21:40 | | MSHEPHERD | | | CODED |