IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

IN ADMIRALTY

CASE NO. 4:21-cv-10018

IN THE MATTER OF:

THE COMPLAINT OF KEY WEST JETSKI,
INC. AS OWNER OF THE YAMAHA PERSONAL
WATERCRAFT (HULL ID# YAMA2116I920)
ITS ENGINES, TACKLE, APPURTENANCES,
EQUIPMENT, ETC. IN A CAUSE FOR EXONTERATION
FROM OR LIMITATION OF LIABILITY,

    Petitioners.
_____/

# COMPOSITE EXHIBIT "6"

**FLORIDA FISH AND WILDLIFE CONSERVATION COMMISSION**
**DIVISION OF LAW ENFORCEMENT**

Florida Boating Accident Self Report

Operator/Owner Report Form
(Short form to be filled out by all vessel operators involved)



**How do I report a Boating Accident**

You must immediately (as soon as it is possible) contact the Florida Fish & Wildlife Conservation Commission (FWC) by dialing:

**1.888.404.3922 or # FWC Cellular or ✱ FWC**

the sheriff of the county in which the accident occurred; or the police chief of the municipality where the accident occurred.

You must also complete this form and mail it to the (unless a law enforcement officer completes a written Accident Investigation Report):

**Florida Fish & Wildlife Conservation Commission**
**Boating & Waterways Section**
**620 South Meridian Street**
**Tallahassee, FL 32399-1600**

State and federal law require that the vessel operator must report any accident that involves any of the following:

1. A person's death;
2. An injury requiring medical treatment beyond first aid;
3. The disappearance of a person from the boat under circumstances that indicate death or injury; or
4. Total property damage to all boats, docks, etc. involved in the accident exceeding $2,000.00

Written Report Require by § 327.301, F.S. and 33 C.F.R.s. 173.55,:

| The report must be submitted | |
|---|---|
| **If a person dies** | **Within 24 hours** |
| **If an injury requiring medical treatment beyond first aid** | **Within 48 hours** |
| **The disappearance of a person from the boat under circumstances that indicate death or injury** | **Within 48 hours** |
| **Property damage only** | **Within 10 days** |

FWCDLE 146C (07/2010) 68D-21.004 F.A.C.

**Operator Information Exchange**

| Last Name | First Name | MI |

Address: _____

| City | State | Zip Code |

**Vessel Information**

| Vessel Reg. or Doc. Number | Name of Vessel |

| HIN Number | Make | Length |

**Insurance Information**

| ACORN | ROKMAR201900093 |
| Insurance Company | Policy Number |

Helpful hints for completing the Boating Accident Self-Report:

1. Fill in each section that applies, (i.e. the accident site section one of the descriptors applies to every accident). The restricted area section should only be completed if the accident occurred in a restricted area, (i.e. no wake zone, slow speed, etc.).

2. State waters are within three **(3)** nautical miles shore in the Atlantic and nine **(9)** nautical miles from shore in the Gulf of Mexico.

3. Total estimated damage is the total of each vessel plus any non-vessel property damage.

4. There are several sections that allow you to check more than one cause, type, etc. When more than one applies, rank them with a 1, 2, or 3, in the order which they occurred. Do no check the box when using multiple entries.

5. This is an example of a brief description of a boating accident. *V–1 was traveling north in the marked channel of the St. Johns River. V–2 was traveling northwest and overtaking V–1. The bow of V–2 struck the starboard side of V–1 causing damage to rub rail and damage to the fiberglass between mid-ship and the stern.*

FWCDLE 146C (07/2010) 68D-21.004 F.A.C.



# FLORIDA FISH AND WILDLIFE CONSERVATION COMMISSION
## DIVISION OF LAW ENFORCEMENT

### Florida Boating Accident Self Report

Agency Case Number: **FWSA20OFF008806**

Forward copy to: FWC Boating & Waterways Section, 620 South Meridian Street, Tallahassee, FL 32399-1600

Which Agency Contacted: [X] FWC  [ ] Sheriff's Office  [ ] Police Dept

STATE LAW REQUIRES THAT YOU MUST NOTIFY ONE OF THE LAW ENFORCEMENT AGENCIES LISTED ABOVE IF YOU ARE INVOLVED IN A BOATING ACCIDENT.

Officer's Name: _____  ID #: _____

---

**General and Geographic Information:**
- Total Vessels: 2
- County: MONROE
- Date of Accident: _____
- Time of Accident: _____
- Est. Total Damage: $ _____
- Nearest City: KEY WEST
- Body of Water: ATLANTIC OCEAN
- [X] State Waters  [ ] Offshore
- Exact Location: _____
- [ ] ICW
- Nearest Marker: _____
- Accident Site: [ ] Bay/Sound  [ ] Inlet/Pass  [X] Ocean/Gulf  [ ] Lake/Pond  [ ] River/Creek  [ ] Port/Harbor  [ ] Canal/Cut

**Restricted Area:** [ ] Idle Speed  [ ] MPH Limit  [ ] Manatee I.S.  [ ] Other
[ ] Slow Speed  [ ] Swimming  [ ] Manatee S.S.

Latitude/Longitude: _____

**Weather:** (Check all that Apply)
[ ] Clear  [ ] Cloudy
[ ] Hazy  [ ] Rain
[ ] Fog  [ ] Thunderstorm

**Visibility:**
[ ] Good  [ ] Dawn
[ ] Fair  [ ] Day
[ ] Poor  [ ] Dusk
[ ] Night

**Water Conditions:**
[ ] Calm (waves less than 6")
[ ] Choppy (waves 6" to 2')
[ ] Rough (waves 2' to 6')
[ ] Very Rough (larger than 6')

**Wind:** [ ] None
[ ] Light (0-6 mph)
[ ] Moderate (7'14 mph)
[ ] Strong (15-25 mph)
[ ] Storm (over 25 mph)

**Temperature:**
Air ____ °F
Water ____ °F
**Strong Current**
[ ] River current  [ ] Tidal Current

---

## YOUR VESSEL (Y)

- Registration or Documentation #: FL1211SN
- Hull ID Number: YAMA21121920
- Name of Vessel: 2
- Year: 2020
- Length: 11FT
- Make: YAMAHA
- Model: VXC
- # of POB: 2
- # of Fatal: _____
- # of Injured: _____
- # of Skiers Being Towed: _____

**Estimated Speed:** [ ] Unknown  [X] None  [ ] Less than 10 mph
[ ] 10-20 mph  [ ] 21-40 mph  [ ] Over 40 mph

**Type of Vessel:** [ ] Recreational  [X] Commercial  [ ] Government

### YOUR INFORMATION:
- Drivers License or Boater ID #: 053045874
- State Issued: GEORGIA
- **Status:** [ ] Uninjured  [ ] Injured
- Last Name: WRIGHT-SMITH
- First Name: MELINDA
- MI: A
- Date of Birth: 9/6/1981
- **Estimated Damage:** $ _____
- Street: 415 HILLANDALE PARK DRIVE
- CELL Home Phone: (678) 320 - 7048
- City: LITHONIA  State: GA  Zip Code: 30058
- HOME Work Phone: (678) 395 - 3768

**Operator Experience:** [ ] Under 10 Hrs  [ ] 10-100 Hrs  [ ] Over 100 Hrs

**Operator Education:** [ ] USCG Aux  [ ] Other (Info)  [ ] State  [ ] USPS  [ ] None  [ ] Red Cross

**Operator Condition:** [ ] Feeling Sick  [ ] Drugs  [ ] Been Drinking  [ ] Other

Gender: [ ] M  [ ] F
Lifejacket Used: [ ]
Person can Swim: [ ]
Person was Ejected: [ ]

### OCCUPANT INFORMATION:

| | Gender M | Gender F | Person Ejected | PFD Used | Person Can Swim | Injured |
|---|---|---|---|---|---|---|
| Oc1 Name: WANISHA WRIGHT-SMITH  Phone: (404) 437-8773  DOB: 3/3/1986 | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |
| Oc2 Name: _____  Phone: ( ) -  DOB: _____ | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

---

## OTHER VESSEL 2

- Registration or Documentation #: FL9447RV
- Hull ID Number: YAMA3483H819
- Name of Vessel: 1
- Year: 2019
- Length: 11FT
- Make: YAMAHA
- Model: VXC
- # of POB: _____
- # of Fatal: _____
- # of Injured: _____
- # of Skiers Being Towed: _____

**Estimated Speed:** [ ] Unknown  [ ] None  [ ] Less than 10 mph
[ ] 10-20 mph  [ ] 21-40 mph  [ ] Over 40 mph

**Type of Vessel:** [ ] Recreational  [X] Commercial  [ ] Government

### YOUR INFORMATION:
- Drivers License or Boater ID #: _____
- State Issued: _____
- **Status:** [ ] Uninjured  [ ] Injured
- Last Name: _____  First Name: _____  MI: _____
- Date of Birth: _____
- **Estimated Damage:** $ _____
- Street: _____
- Home Phone: ( ) - 
- City: _____  State: _____  Zip Code: _____
- Work Phone: ( ) - 

**Operator Experience:** [ ] Under 10 Hrs  [ ] 10-100 Hrs  [ ] Over 100 Hrs

**Operator Education:** [ ] USCG Aux  [ ] Other (Info)  [ ] State  [ ] USPS  [ ] None  [ ] Red Cross

**Operator Condition:** [ ] Feeling Sick  [ ] Drugs  [ ] Been Drinking  [ ] Other

Gender: [ ] M  [ ] F
Lifejacket Used: [ ]
Person can Swim: [ ]
Person was Ejected: [ ]

### OCCUPANT INFORMATION:

| | Gender M | Gender F | Person Ejected | PFD Used | Person Can Swim | Injured |
|---|---|---|---|---|---|---|
| Oc1 Name: _____  Phone: ( ) -  DOB: _____ | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
| Oc2 Name: _____  Phone: ( ) -  DOB: _____ | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

---

**Accident Description:** (Check all that Apply)
- [ ] Boat Found Capsized
- [ ] Boat Found Upright Drifting
- [ ] Carbon Monoxide Involved
- [ ] Commercial Vessel
- [ ] Parasailing Accident
- [ ] Runaway Boat
- [ ] Victim Entangled in Line
- [ ] Boat Struck by Lightning
- [ ] Hit and Run (Left the Scene)
- [ ] Other

**Activity at Time of Accident:** (Enter up to 3 for each Vessel)

| V-1 | V-2 | | V-1 | V-2 | | V-1 | V-2 | | V-1 | V-2 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | Commercial Purpose | [ ] | [ ] | Racing (Sanctioned) | [ ] | [ ] | Skiing (Surfing, etc.) | [ ] | [ ] | Hunting |
| [ ] | [ ] | Fishing (Recreational) | [ ] | [X] | Recreational Cruising | [ ] | [ ] | Swimming | [ ] | [ ] | Fueling |
| [ ] | [ ] | Fishing (Tournament) | [ ] | [ ] | Starting Engine | [ ] | [ ] | Boat Pulling Tube | [ ] | [ ] | Snorkeling |
| [ ] | [ ] | Scuba Diving | [ ] | [ ] | Making Repairs | | | Other: | | | |

**Accident Type:** (You may enter up to 3 accident types for each Vessel)

| V-1 | V-2 | Vessel/Swimmer | V-1 | V-2 | Vessel/Swimmer | V-1 | V-2 | Vessel/Swimmer | V-1 | V-2 | Vessel/Swimmer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | Capsizing | [ ] | [ ] | Falls overboard | [ ] | [ ] | Grounding | [ ] | [ ] | Person Struck by boat |
| [ ] | [ ] | Collision w/fixed object | [ ] | [ ] | Fall on Personal Watercraft | [ ] | [ ] | Sinking | [ ] | [ ] | Person Struck by skeg/prop |
| [ ] | [ ] | Col. w/fixed object or person | [ ] | [ ] | Fire/Explosion (Fuel) | [ ] | [ ] | Skier hit object | [ ] | [ ] | Struck underwater object |
| [ ] | [X] | Collision w/vessel | [ ] | [ ] | Fire/Explosion (Non-Fuel) | [ ] | [ ] | Skier mishap/fall | [ ] | [ ] | Vessel wake damage |
| [ ] | [ ] | Fall in boat | [ ] | [ ] | Flooding (Swamping) | [ ] | [ ] | Starting engine | [ ] | [ ] | Other: |

**What Contributed to the Accident:** (You may enter up to 3 contributing causes for each Vessel)

| V-1 | V-2 | Vessel/Swimmer | V-1 | V-2 | Vessel/Swimmer | V-1 | V-2 | Vessel/Swimmer | V-1 | V-2 | Vessel/Swimmer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | Alcohol Use | [ ] | [ ] | Failure to vent Fumes | [ ] | [ ] | Lack of Vessel Flotation | [ ] | [ ] | Off Throttle Steering – Jet |
| [ ] | [ ] | Careless/Reckless | [ ] | [ ] | Hazardous Water | [ ] | [ ] | Machinery Failure (Below) | [ ] | [ ] | Sharp Turn |
| [ ] | [ ] | Congested Waters | [ ] | [ ] | Hull Failure | [ ] | [ ] | No Proper Lock-Out | [ ] | [ ] | Skier or Occ. Behavior |
| [ ] | [ ] | Dam or Lock | [ ] | [ ] | Ignition of fuel Vapor | [ ] | [ ] | Operator Inattention | [ ] | [ ] | Standing/Sitting on Gunwale, Bow or Transom |
| [ ] | [ ] | Drug Use | [ ] | [ ] | Improper Anchoring | [ ] | [ ] | Operator Inexperience | [ ] | [ ] | Viol. Of Nav. Rule |
| [ ] | [ ] | Equipment Failure (Below) | [ ] | [ ] | Improper Loading | [ ] | [ ] | Overloading | [ ] | [ ] | Vision Obstructed |
| [ ] | [ ] | Excessive Speed | [ ] | [ ] | Lack of Proper Lights | [ ] | [X] | Other: WAVE ACTION | [ ] | [X] | Weather |

**Machinery Failure:** (Check all which apply. Indicate with 1, 2, or 3 etc.)

| V-1 | V-2 | Vessel | V-1 | V-2 | Vessel |
|---|---|---|---|---|---|
| [ ] | [ ] | Electrical System | [ ] | [ ] | Steering System |
| [ ] | [ ] | Engine Failure | [ ] | [ ] | Throttle Failure |
| [ ] | [ ] | Fuel System | [ ] | [ ] | Ventilation System |
| [ ] | [ ] | Shift Failure | [ ] | [ ] | Starting Eng. In Gear |
| [ ] | [ ] | Feedback Steering | [ ] | [ ] | Other: |

**Equipment Failure:** (Check all which apply. Indicate with 1, 2, or 3 etc.)

| V-1 | V-2 | Vessel | V-1 | V-2 | Vessel |
|---|---|---|---|---|---|
| [ ] | [ ] | Auxiliary Equipment | [ ] | [ ] | Sail Demasting |
| [ ] | [ ] | Communications | [ ] | [ ] | Seat Broke Loose |
| [ ] | [ ] | Fire Extinguishers | [ ] | [ ] | Sound Producing |
| [ ] | [ ] | PFD's | [ ] | [ ] | Visual Distress |
| [ ] | [ ] | Other: | | | |

**Type of Boat:**

| V-1 | V-2 | Vessel | V-1 | V-2 | Vessel |
|---|---|---|---|---|---|
| [ ] | [ ] | Airboat | [ ] | [ ] | Mini Jet Boat |
| [ ] | [ ] | Cabin Motorboat | [ ] | [ ] | Rowboat (Jon) |
| [ ] | [ ] | Canoe/Kayak | [ ] | [ ] | Sail-Aux. Power |
| [ ] | [ ] | Houseboat | [ ] | [ ] | Sail(Only) |
| [ ] | [ ] | Open Motorboat | [ ] | [ ] | Seaplane |
| [ ] | [X] | Personal Watercraft | [ ] | [ ] | Pontoon Boat |
| [ ] | [ ] | Other: | | | |

**# of Engines:**
- Vessel 1
- Vessel 2
- **Total HP**
- Vessel 1
- Vessel 2

**Propulsion:**

| V-1 | V-2 | Vessel |
|---|---|---|
| [ ] | [ ] | Air Thrust |
| [ ] | [ ] | Manual |
| [ ] | [ ] | Propeller |
| [ ] | [ ] | Sail |
| [ ] | [X] | Water Jet |

**Engine:**

| V-1 | V-2 | Vessel |
|---|---|---|
| [ ] | [ ] | Airboat |
| [X] | [X] | Inboard |
| [ ] | [ ] | Outboard |
| [ ] | [ ] | I/O |

**Safety Equipment:**

| V-1 | V-2 | Vessel |
|---|---|---|
| [ ] | [X] | Req. Lifejackets on Board |
| [ ] | [ ] | Lifejackets Accessible |
| [ ] | [ ] | Fire Ext. on Board |
| [ ] | [ ] | Fire Ext. Used |
| [ ] | [ ] | Nav. Lights Operational |
| [ ] | [ ] | Nav. Lights Turned On |
| [ ] | [ ] | Current Safety Exam |

**Was Vessel:**

| V-1 | V-2 | Vessel |
|---|---|---|
| [ ] | [ ] | Rented |
| [ ] | [ ] | Borrowed (Not in Household) |

**Hull Material:**

| V-1 | V-2 | Vessel | V-1 | V-2 | Vessel |
|---|---|---|---|---|---|
| [ ] | [ ] | Aluminum | [ ] | [ ] | Rigid Hull Infl. |
| [ ] | [X] | Fiberglass | [ ] | [ ] | Wood |
| [ ] | [ ] | Steel | [ ] | [ ] | Rubber/Vinyl |
| [ ] | [ ] | Other: | | | |

**Fuel:**

| V-1 | V-2 | Vessel |
|---|---|---|
| [ ] | [ ] | Diesel |
| [ ] | [ ] | Electric |
| [ ] | [X] | Gasoline |
| [ ] | [ ] | Propane |

**Operation at Time of Accident:** (Enter up to 3 for each Vessel)

| V-1 | V-2 | Vessel | V-1 | V-2 | Vessel | V-1 | V-2 | Vessel |
|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | At Anchor | [ ] | [ ] | Cruising | [ ] | [X] | Drifting | [ ] | [ ] | Towing a Boat |
| [ ] | [ ] | Being Towed | [ ] | [ ] | Docked (Moored) | [ ] | [ ] | Launching/Loading | | | |
| [ ] | [ ] | Changing Direction | [ ] | [ ] | Docking/Undocking | [ ] | [ ] | Sailing | | | |
| | | | | | | [ ] | [ ] | Other: | | | |
| | | | | | | [ ] | [ ] | Rowing/Padding | | | |
| | | | | | | [ ] | [ ] | Speed Changing | | | |

**Brief Synopsis of Accident:**

WHILE BOARDING JET SKI FROM THE OCEAN, V-1 COLLIDED DRIFTED INTO V2 WHILE I WAS HOLDING ONTO THE SIDE, INJURING 3RD DIGIT OF MY LEFT HAND.

**Non-Vessel Property Damage:** Damage excluding the vessels involved or their contents  [X] Yes  [ ] No  If yes, the estimated amount: $ 200.00
Describe damages property

**Property Owner Information**
- Last: WRIGHT-SMITH  First: MELINDA  MI: A
- Street:
- City: 415 HILLANDALE PARK DRIVE  State: GA  Zip Code: 30058
- Home Phone: (678) 320 - 7048
- Work Phone: ( ) -

V-1 Operator Signature _____  Date: 7/28/2020
V-2 Operator Signature _____  Date:

**DO NOT COMPLETE BELOW THIS LINE – FWC HQ BOATING SAFETY REVIEWING AUTHORITY ONLY**

**Federal Accident Classification:** (For Statistical use)
[X] Recreational  [ ] Commercial  [ ] Government  [ ] Off-Shore  [X] Non-Reportable  [ ] Reportable

| Primary Type | Secondary Type | Tertiary Type | Primary Cause | Secondary Cause | Tertiary cause | Reviewed By | ID # |
|---|---|---|---|---|---|---|---|
| | | | | | | LT. SETH WAGNER | M628 |

# DIVISION OF LAW ENFORCEMENT
## Florida Boating Accident Self Report

Agency Case Number: **FWSAOFF008886**

Which Agency Contacted: ☒ FWC  ☐ Sheriff's Office  ☐ Police Dept

*THE LAW ENFORCEMENT AGENCIES LISTED ABOVE IF YOU ARE INVOLVED IN A BOATING ACCIDENT*

ID #: ____

Total Vessels: **2**  County: **MONROE**  Est. Total Damage: $ ____

Type of Accident: ____
Body of Water: **ATLANTIC OCEAN**  ☒ State Waters  ☐ Offshore
☒ Ocean/Gulf  ☐ Lake/Pond  ☐ River/Creek  ☐ Port/Harbor  ☐ ICW  ☐ Canal/Cut  Nearest Marker: ____

☐ Manatee I.S.  ☐ Other ____
☐ Manatee S.S.

Latitude/Longitude: ____

Water Conditions:
☐ Calm (waves less than 6")
☐ Choppy (waves 6" to 2')
☐ Rough (waves 2' to 6')
☐ Very Rough (larger than 6')

Wind:
☐ None
☐ Light (0-6 mph)
☐ Moderate (7-14 mph)
☐ Strong (15-25 mph)
☐ Storm (over 25 mph)

Temperature:
Air ____ °F
Water ____ °F

Strong Current:
☐ River current  ☐ Tidal Current

Visibility: ☐ Good  ☐ Fair  ☐ Poor
☐ Dawn  ☐ Day  ☐ Dusk  ☐ Night

## YOUR VESSEL 1

Registration or Documentation #: **FL 15-11 SR**
Hull ID Number: **US-YAMA21121920**
Name of Vessel: ____   Year: **2020**

Length: ____  Make: **YAMAHA**  Model: **VXC**  # of POB: **2**  # of Fatal: ____  # of Injured: **1**  # of Skiers Being Towed: ____

Estimated Speed:
☐ Unknown
☐ 10-20 mph
☒ None
☐ 21-40 mph
☐ Less than 10 mph
☐ Over 40 mph

Type of Vessel: ☐ Recreational  ☒ Commercial  ☐ Government

### YOUR INFORMATION:

Drivers License or Boater ID #: **053045874**  State Issued: **Georgia**

Status: ☐ Uninjured  ☐ Injured

Last Name: **Wright-Smith**  First Name: **Melinda**  MI: **A**  Date of Birth: **9/4/1981**

Estimated Damage: $ ____

Street: **415 Hillandale Park Drive**
City: **Lithonia**  State: **GA**  Zip Code: **30058**

Cell/Home Phone: **678(320)7048**
Work Phone: **(678)395-3768**  (home)

Operator Experience:
☐ Under 10 Hrs  ☐ 10-100 Hrs  ☐ Over 100 Hrs

Operator Education:
☐ USCG Aux  ☐ USPS  ☐ Other (Info)  ☐ None  ☐ State  ☐ Red Cross

Operator Condition:
☐ Feeling Sick  ☐ Been Drinking  ☐ Drugs  ☐ Other

Gender: ☐ M  ☒ F
Lifejacket Used: ____
Person can Swim: ____
Person was Ejected: ____

### OCCUPANT INFORMATION:

Oc1 Name: **Wanesha Wright-Smith**  Phone: **(404)432-8773**  DOB: **3/3/1986**
Gender: ☐ M ☒ F  Person Ejected: ☐  PFD Used: ☐  Person Can Swim: ☐  Injured: ☐

Oc2 Name: ____  Phone: ( ) ____  DOB: ____

## OTHER VESSEL 2

Registration or Documentation #: **FL 9447 RV**
Hull ID Number: **US-YAMA3483H819**
Name of Vessel: ____   Year: **2019**

Length: **11 ft**  Make: **YAMAHA**  Model: **VXC**  # of POB: **1**  # of Fatal: ____  # of Injured: ____  # of Skiers Being Towed: ____

Estimated Speed:
☐ Unknown
☐ 10-20 mph
☐ None
☐ 21-40 mph
☒ Less than 10 mph
☐ Over 40 mph

Type of Vessel: ☐ Recreational  ☒ Commercial  ☐ Government

### YOUR INFORMATION:

Drivers License or Boater ID #: ____  State Issued: ____

Status: ☐ Uninjured  ☐ Injured

Last Name: ____  First Name: ____  MI: ____  Date of Birth: ____

Estimated Damage: $ ____

Street: ____
City: ____  State: ____  Zip Code: ____

Home Phone: ( ) ____
Work Phone: ( ) ____

Operator Experience:
☐ Under 10 Hrs  ☐ 10-100 Hrs  ☐ Over 100 Hrs

Operator Education:
☐ USCG Aux  ☐ USPS  ☐ Other (Info)  ☐ None  ☐ State  ☐ Red Cross

Operator Condition:
☐ Feeling Sick  ☐ Been Drinking  ☐ Drugs  ☐ Other

### OCCUPANT INFORMATION:

Oc1 Name: ____  Phone: ( ) ____  DOB: ____

| | | |
|---|---|---|
| ☐ Boat Found Capsized | ☐ Carbon Monoxide Involved | ☐ Runaway Boat | ☐ Hit and Run (Left the Scene) |
| ☒ Boat Found Upright Drifting | ☐ Commercial Vessel | ☐ Victim Entangled in Line | ☐ Other |

**Activity at Time of Accident:** (Enter up to 3 for each Vessel)

| V-1 | V-2 | | V-1 | V-2 | | V-1 | V-2 | | V-1 | V-2 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ⊙ | Commercial Purpose | ☐ | ☐ | Racing (Sanctioned) | ☐ | ☐ | Skiing (Surfing etc.) | ☐ | ☐ | Hunting |
| ☐ | ☐ | Fishing (Recreational) | ☐ | ☒ | Recreational Cruising | ☐ | ☐ | Swimming | ☐ | ☐ | Fueling |
| ☐ | ☐ | Fishing (Tournament) | ☐ | ☐ | Starting Engine | ☐ | ☐ | Boat Pulling Tube | ☐ | ☐ | Snorkeling |
| ☐ | ☐ | Scuba Diving | ☐ | ☐ | Making Repairs | | | Other ____ | | | |

**Accident Type:** (You may enter up to 3 accident types for each Vessel)

| V-1 | V-2 | Vessel/Swimmer | V-1 | V-2 | Vessel/Swimmer | V-1 | V-2 | Vessel/Swimmer | V-1 | V-2 | Vessel/Swimmer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | Capsizing | ☐ | ☐ | Falls overboard | ☐ | ☐ | Grounding | ☐ | ☐ | Person Struck by boat |
| ☐ | ☐ | Collision w/fixed object | ☐ | ☐ | Fall on Personal Watercraft | ☐ | ☐ | Sinking | ☐ | ☐ | Person Struck by skeg/prop |
| ☐ | ☐ | Col. w/fixed object or person | ☐ | ☐ | Fire/Explosion (Fuel) | ☐ | ☐ | Skier hit object | ☐ | ☐ | Struck underwater object |
| ☐ | ☒ | Collision w/vessel | ☐ | ☐ | Fire/Explosion (Non-Fuel) | ☐ | ☐ | Skier mishap/fall | ☐ | ☐ | Vessel wake damage |
| ☐ | ☐ | Fall in boat | ☐ | ☐ | Flooding (Swamping) | ☐ | ☐ | Starting engine | ☐ | ☐ | Other ____ |

**What Contributed to the Accident:** (You may enter up to 3 contributing causes for each Vessel)

| V-1 | V-2 | Vessel/Swimmer | V-1 | V-2 | Vessel/Swimmer | V-1 | V-2 | Vessel/Swimmer | V-1 | V-2 | Vessel/Swimmer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | Alcohol Use | ☐ | ☐ | Failure to vent Fumes | ☐ | ☐ | Lack of Vessel Flotation | ☐ | ☐ | Off Throttle Steering – Jet |
| ☐ | ☐ | Careless/Reckless | ☐ | ☐ | Hazardous Water | ☐ | ☐ | Machinery Failure (Below) | ☐ | ☐ | Sharp Turn |
| ☐ | ☐ | Congested Waters | ☐ | ☐ | Hull Failure | ☐ | ☐ | No Proper Lock-Out | ☐ | ☐ | Skier or Occ. Behavior Standing/Sitting on Gunwale, Bow or Transom |
| ☐ | ☐ | Dam or Lock | ☐ | ☐ | Ignition of fuel Vapor | ☐ | ☐ | Operator Inattention | ☐ | ☐ | Viol. Of Nav. Rule |
| ☐ | ☐ | Drug Use | ☐ | ☐ | Improper Anchoring | ☐ | ☐ | Operator Inexperience | ☐ | ☐ | Vision Obstructed |
| ☐ | ☐ | Equipment Failure (Below) | ☐ | ☐ | Improper Loading | ☐ | ☒ | Overloading | ☐ | ☒ | Weather |
| ☐ | ☐ | Excessive Speed | ☐ | ☐ | Lack of Proper Lights | | | Other  Wave Action | | | |

**Machinery Failure:** (Check all which apply. Indicate with 1, 2, or 3 etc.)

| V-1 | V-2 | Vessel | V-1 | V-2 | Vessel |
|---|---|---|---|---|---|
| ☐ | ☐ | Electrical System | ☐ | ☐ | Steering System |
| ☐ | ☐ | Engine Failure | ☐ | ☐ | Throttle Failure |
| ☐ | ☐ | Fuel System | ☐ | ☐ | Ventilation System |
| ☐ | ☐ | Shift Failure | ☐ | ☐ | Starting Eng. In Gear |
| ☐ | ☐ | Feedback Steering | ☐ | ☐ | Other |

**Equipment Failure:** (Check all which apply. Indicate with 1, 2, or 3 etc.)

| V-1 | V-2 | Vessel | V-1 | V-2 | Vessel |
|---|---|---|---|---|---|
| ☐ | ☐ | Auxiliary Equipment | ☐ | ☐ | Sail Demasting |
| ☐ | ☐ | Communications | ☐ | ☐ | Seat Broke Loose |
| ☐ | ☐ | Fire Extinguishers | ☐ | ☐ | Sound Producing |
| ☐ | ☐ | PFD's | ☐ | ☐ | Visual Distress |
| ☐ | ☐ | Other | | | |

**Type of Boat:**

| V-1 | V-2 | Vessel | V-1 | V-2 | Vessel |
|---|---|---|---|---|---|
| ☐ | ☐ | Airboat | ☐ | ☐ | Mini Jet Boat |
| ☐ | ☐ | Cabin Motorboat | ☐ | ☐ | Rowboat (Jon) |
| ☐ | ☐ | Canoe/Kayak | ☐ | ☐ | Sail-Aux. Power |
| ☐ | ☐ | Houseboat | ☐ | ☐ | Sail (Only) |
| ☐ | ☐ | Open Motorboat | ☐ | ☐ | Seaplane |
| ☒ | ☒ | Personal Watercraft | ☐ | ☐ | Pontoon Boat |
| ☐ | ☐ | Other: | | | |

**# of Engines:**
Vessel 1 ____
Vessel 2  1
Total HP ____
Vessel 1 ____
Vessel 2 ____

**Propulsion:**

| V-1 | V-2 | Vessel |
|---|---|---|
| ☐ | ☐ | Air Thrust |
| ☐ | ☐ | Manual |
| ☐ | ☐ | Propeller |
| ☐ | ☐ | Sail |
| ☐ | ☒ | Water Jet |

**Engine:**

| V-1 | V-2 | Vessel |
|---|---|---|
| ☐ | ☐ | Airboat |
| ☐ | ☒ | Inboard |
| ☐ | ☐ | Outboard |
| ☐ | ☐ | I/O |

**Safety Equipment:**

| V-1 | V-2 | Vessel |
|---|---|---|
| ☐ | ☒ | Req. Lifejackets on Board |
| ☐ | ☒ | Lifejackets Accessible |
| ☒ | ☐ | Fire Ext. on Board |
| ☐ | ☐ | Fire Ext. Used |
| ☐ | ☐ | Nav. Lights Operational |
| ☐ | ☐ | Nav. Lights Turned On |
| ☐ | ☐ | Current Safety Exam |

**Was Vessel:**

| V-1 | V-2 | Vessel |
|---|---|---|
| ☐ | ☐ | Rented |
| ☐ | ☐ | Borrowed (Not in Household) |

**Hull Material:**

| V-1 | V-2 | Vessel | V-1 | V-2 | Vessel |
|---|---|---|---|---|---|
| ☐ | ☐ | Aluminum | ☐ | ☐ | Rigid Hull Infl |
| ☒ | ☒ | Fiberglass | ☐ | ☐ | Wood |
| ☐ | ☐ | Steel | ☐ | ☐ | Rubber/Vinyl |
| ☐ | ☐ | Other | | | |

**Fuel:**

| V-1 | V-2 | Vessel |
|---|---|---|
| ☐ | ☐ | Diesel |
| ☐ | ☐ | Electric |
| ☒ | ☒ | Gasoline |
| ☐ | ☐ | Propane |

| V-1 | V-2 | Vessel |
|---|---|---|
| ☐ | ☒ | Drifting |
| ☐ | ☐ | Launching/Loading |
| ☐ | ☐ | Sailing |
| ☐ | ☐ | Other |
| ☐ | ☐ | Rowing/Paddling |
| ☐ | ☐ | Speed Changing |
| ☐ | ☐ | Towing a Boat |

**Operation at Time of Accident:** (Enter up to 3 for each Vessel)

| V-1 | V-2 | Vessel | V-1 | V-2 | Vessel |
|---|---|---|---|---|---|
| ☐ | ☐ | At Anchor | ☐ | ☐ | Cruising |
| ☐ | ☐ | Being Towed | ☐ | ☐ | Docked (Moored) |
| ☐ | ☐ | Changing Direction | ☐ | ☐ | Docking/Undocking |

**Brief Synopsis of Accident:**
While boarding jet ski from the ocean, V-1 drifted into V-2 while I was holding onto the side, injuring 3rd digit of my left hand.

Non-Vessel Property Damage: ☒ Yes ☐ No   If yes, the estimated amount $ 200.00

Property Owner Information:
Last: Smith   First: M[illegible]   MI: A
Street: [illegible]
City: [illegible]   State: GA   Zip Code: 3[illegible]
Home Phone: (6__) ___-7___
Work Phone: ____

Date: 7/20/20[?]

DO NOT COMPLETE BELOW THIS LINE – FWC HQ BOATING SAFETY REVIEWING AUTHORITY ONLY

Federal Accident Classification: ☐ Recreational ☐ Commercial ☐ Operator ☐ Other ☐ Non-Reportable
Primary Type   Secondary Type   Tertiary Type   Primary Cause   Secondary Cause   Vessel Class   Non-Reportable

| Last Name | | First Name | | MI |
|---|---|---|---|---|
| Address: | | | | |
| City | | State | Zip Code | |

**Vessel Information**

| Vessel Reg. or Doc. Number | Name of Vessel | |
|---|---|---|
| HIN Number | Make | Length |

**Insurance Information**

| ACORN | ROKMAR 2019 00093 |
|---|---|
| Insurance Company | Policy Number |

Helpful hints for completing the Boating Accident Self-Report:

1. Fill in each section that applies. (i.e. the accident site section one of the descriptors applies to every accident). The restricted area section should only be completed if the accident occurred in a restricted area, (i.e. no wake zone, slow speed, etc.).
2. State waters are within three (3) nautical miles shore in the Atlantic and nine (9) nautical miles from shore in the Gulf of Mexico.
3. Total estimated damage is the total of each vessel plus any non-vessel property damage.
4. There are several sections that allow you to check more than one cause, type, etc. When more than one applies, mark them with a 1, 2, or 3, in the order which they occurred. Do no check the box when using multiple entries.
5. This is an example of a brief description of a boating accident. V-1 was traveling north in the marked channel of the St. Johns River. V-2 was traveling northwest and overtaking V-1. The bow of V-2 struck the starboard side of V-1 causing damage to rub rail and damage to the fiberglass between mid-ship and the stern.