IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

IN ADMIRALTY

CASE NO. 4:21-cv-10018

IN THE MATTER OF:

THE COMPLAINT OF KEY WEST JETSKI,
INC. AS OWNER OF THE YAMAHA PERSONAL
WATERCRAFT (HULL ID# YAMA2116I920)
ITS ENGINES, TACKLE, APPURTENANCES,
EQUIPMENT, ETC. IN A CAUSE FOR EXONTERATION
FROM OR LIMITATION OF LIABILITY,

    Petitioners.
_____/

# EXHIBIT "7"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

IN ADMIRALTY

CASE NO. _____

IN THE MATTER OF:

THE COMPLAINT OF KEY WEST JET SKI,
INC. AS OWNER OF THE YAMAHA PERSONAL
WATERCRAFT (HULL ID# YAMA2116I920)
ITS ENGINES, TACKLE, APPURTENANCES,
EQUIPMENT, ETC. IN A CAUSE FOR EXONERATION
FROM OR LIMITATION OF LIABILITY,

    Petitioners.
_____/

## CERTIFICATE OF NO FREIGHT PENDING

    I am the owner of KEY WEST JETSKI, INC., the registered owner of the Yamaha Personal Watercraft bearing the Hull ID# YAMA2116I920. I hereby represent and verify that on June 28, 2020, the Yamaha Personal Watercraft bearing the Hull ID# YAMA2116I920 had no freight pending for the voyage which is the subject matter of the Complaint.

    **Pursuant to 28 U.S.C. Section 1746, I declare, certify, verify and state under penalty of perjury on this 18th day of January, 2021 that the foregoing is true and correct.**

_____
DONALD KIRKPATRICK