IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

IN ADMIRALTY

CASE NO. 4:21-cv-10018

IN THE MATTER OF:

THE COMPLAINT OF KEY WEST JETSKI,
INC. AS OWNER OF THE YAMAHA PERSONAL
WATERCRAFT (HULL ID# YAMA2116I920)
ITS ENGINES, TACKLE, APPURTENANCES,
EQUIPMENT, ETC. IN A CAUSE FOR EXONTERATION
FROM OR LIMITATION OF LIABILITY,

    Petitioners.
_____/

# EXHIBIT "8"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

IN ADMIRALTY

CASE NO. _____

IN THE MATTER OF:

THE COMPLAINT OF KEY WEST JETSKI,
INC. AS OWNER OF THE YAMAHA PERSONAL
WATERCRAFT (HULL ID# YAMA2116I920)
ITS ENGINES, TACKLE, APPURTENANCES,
EQUIPMENT, ETC. IN A CAUSE FOR EXONERATION
FROM OR LIMITATION OF LIABILITY,

      Petitioners.
_____/

**AFFIDAVIT OF VALUE**

BEFORE ME, the undersigned duly authorized to administer oaths, personally appeared Donald Kirkpatrick, who, after first being duly sworn, deposes and states as follows:

1. My name is Donald Kirkpatrick. I am over the age of 18 and I am otherwise sui juris in all material respects.

2. I am the owner of KEY WEST JETSKI, INC. KEY WET JETSKI, INC. is the registered owner of the Yamaha Personal Watercraft bearing the Hull ID# YAMA2116I920.

3. I have personal knowledge of the Yamaha Personal Watercraft bearing the Hull ID# YAMA2116I920.

4. The purchase price of the Yamaha Personal Watercraft bearing the Hull ID# YAMA2116I920 was $7,729.00 on November 26, 2019.

5.  The value of the vessel on June 28, 2020, following the incident which gives rise to the filing of the Petition for Limitation of Liability was no more than $6,000.00.

FURTHER AFFIANT SAYETH NAUGHT.

## CERTIFICATION

Pursuant to 28 U.S.C. Section 1746, I declare, certify, verify and state under penalty of perjury on this 18th day of January, 2021 that the foregoing is true and correct.

_____
DONALD KIRKPATRICK